TOLEDO (city) v State ex LAWLER

Ohio Appeals, 6th Dist, Lucas Co

Decided June 17, 1935

Ralph W. Doty, Director of Law, Toledo, and Jas. Slater Gibson, Toledo, for plaintiffs in error.

Harvey G. Straub, Toledo, and J. I. O'Connor, Toledo, for defendant in error.

For full opinion see 5 OO 256; 51 Oh Ap 329.